# STATE OF LOUISIANA
# COURT OF APPEAL, FIRST CIRCUIT

GULF ISLAND SHIPYARDS, LLC

VERSUS

HORNBECK OFFSHORE SERVICES, LLC

NO. 2023 CW 0131

MARCH 2, 2023

---

In Re:    Gulf Island Shipyards, LLC, applying for supervisory writs, 22nd Judicial District Court, Parish of St. Tammany, No. 201814866.

---

**BEFORE:    THERIOT, CHUTZ, AND HESTER, JJ.**

**STAY DENIED; WRIT DENIED.**

**MRT**
**WRC**
**CHH**

COURT OF APPEAL, FIRST CIRCUIT

*a. S. (signature)*

---
DEPUTY CLERK OF COURT
FOR THE COURT